258 So.2d 374

Jessie MOORE

v.

BOARD OF COMMISSIONERS OF the
PORT OF NEW ORLEANS et al.

No. 52154.

March 3, 1972.

In re: Jessie Moore applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 256 So.2d 138.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

SUMMERS, J., dissents from the granting of writs. See La.Const. Art. III, Sec. 35.